1  MINA HAKAKIAN (SBN 237666)
   mhakakian@hwlgpc.com
2  **HAKAKIAN WILLIAMS LAW GROUP PC**
   1541 Westwood Blvd., Second Floor
3  Los Angeles, California 90024
   Tel.: (310) 982-2733
4  Attorneys for Plaintiff,
   CALIFORNIA SPINE AND NEUROSURGERY
5  INSTITUTE dba SAN JOSE NEUROSPINE

6  **SEYFARTH SHAW LLP**
7  Kathleen Cahill Slaught (SBN 168129)
   kslaught@seyfarth.com
8  560 Mission Street, 31st Floor
9  San Francisco, California 94105
   Telephone:  (415) 397-2823
10 Facsimile: (415) 397-8549

11 Attorneys for Defendants
12 UNITED HEALTHCARE SERVICES INC.;
   UNITED HEALTHCARE INSURANCE
13 COMPANY and ZOETIS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE, a California Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>ZOETIS INC., a New Jersey Corporation, UNITED HEALTHCARE SERVICES INC.; UNITED HEALTHCARE INSURANCE COMPANY,<br><br>            Defendants. | Case No. 5:24-cv-06528-NW<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the Parties CALIFORNIA SPINE AND NEUROSURGERY INSTITTUE dba SAN JOSE NEUROSPINE, ZOETIS, INC., UNITED HEALTHCARE SERVICES INC., and UNITED HEALTHCARE INSURANCE COMPANY, hereby stipulate and request that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs and expenses.

**DATED:** November 11, 2025

**HAKAKIAN WILLIAMS LAW GROUP PC**

By: /s/ Mina Hakakian
Mina Hakakian

Attorneys for Plaintiff
CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE

**DATED:** November 11, 2025

**SEYFARTH SHAW LLP**

By: /s/ Kathleen Cahill Slaught
Kathleen Cahill Slaught

Attorneys for Defendants
UNITED HEALTHCARE SERVICES INC.; UNITED HEALTHCARE INSURANCE COMPANY and ZOETIS, INC.

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4 (a)(2)(i), Mina Hakakian hereby attests that all other signatories listed, and on whose behalf the filing is submitted, do concur in the filing content and have authorized the filing.*

By: /s/ Mina Hakakian
Mina Hakakian

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZOETIS INC., a New Jersey Corporation, UNITED HEALTHCARE SERVICES INC.; UNITED HEALTHCARE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 5:24-cv-06528-NW<br><br>[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE |

　　The Court, having considered the accompanying Stipulation, and Request for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE. Each party to bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED:_____    _____
　　　　　　　　　　　　　　　　　　　　　　　　WISE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



-1-
[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE